UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNOL F. MARTINEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, A NATIONAL ASSOCIATION, et al.,<br><br>         Defendants. | Case No. 15-cv-05990-PSG<br><br>**ORDER TO SHOW CAUSE** |

Earlier today, Plaintiff Reynol Martinez failed to appear at a scheduled case management conference.[1] Moreover, Defendants Wells Fargo Bank and HSBC Bank USA have not yet been served because Martinez has not submitted their addresses to the office of the court clerk. No later than April 5, 2016, Martinez shall show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: March 22, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 11.

Case No. 15-cv-05990-PSG
ORDER TO SHOW CAUSE

1