United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| REYNOL F. MARTINEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, A NATIONAL ASSOCIATION, et al.,<br><br>        Defendants. | Case No. 15-cv-05990-PSG<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

In light of Plaintiff Reynol F. Martinez's failure to respond to the court's order to show cause,[1] this case is DISMISSED without prejudice for failure to prosecute.[2]

**SO ORDERED.**

Dated: April 20, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 12.

[2] Martinez has consented to the jurisdiction of the undersigned magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 72(a). *See* Docket No. 9.

1
Case No. 15-cv-05990-PSG
ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE